# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Heather Marie Gonzalez | § | |
| | § | |
| v. | § | Case No.: 2:24cv245 |
| | § | |
| Chaparral Street Landing, Inc. | **§** | |

### NOTICE OF VIDEO TELECONFERENCE RE-SETTING

Parties are advised that a video teleconference has been scheduled before **United States District Court Judge David S. Morales** for the following date and time:

**January 8, 2025 at 10:30 a.m. (Central)**

**Re: Initial Pretrial & Scheduling Order**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
  +1 669 254 5252 US (San Jose)
  +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

Date: December 13, 2024                    **BY ORDER OF THE COURT**

                                           Nathan Ochsner, Clerk of Court
                                           By : /s/ Arlene Rodriguez
                                           Case Manager to Judge David S. Morales
                                           Tel.: 361-888-3369