United States District Court
Southern District of Texas
**ENTERED**
January 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| HEATHER MARIE GONZALEZ, *et al.*, | § § § § | |
| Plaintiffs, | | |
| v. | § § § § § § | CIVIL ACTION NO. 2:24-CV-00245 |
| CHAPARRAL STREET LANDING, INC., | | |
| Defendant. | | |

# **ORDER**

Before the Court is Plaintiff Heather Marie Gonzalez's motion to continue the initial pretrial and scheduling conference ("IPTC"), set for January 8, 2025. (D.E. 8). Plaintiff requests a brief two-week continuance so she can meaningfully confer with Defendant in anticipation of the IPTC. *Id.* at 3–4. For good cause shown, FED. R. CIV. P. 16(b)(4), the Court **GRANTS** the motion. (D.E. 8). The IPTC is **RESCHEDULED** for **January 22, 2025, at 10:00 a.m.** [1] Accordingly, the deadline to file the Rule 26(f) Joint Report is **January 8, 2025.**

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
January 3, 2025

---

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679