**Exhibit A**

## CONSENT TO SUE UNDER FAIR LABOR STANDARDS ACT

I, __Rebekah Corley_____, consent and agree to be a party-plaintiff to a lawsuit brought under the Fair Labor Standards Act for claims of unpaid wages against my former employer(s). I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action. I also designate USA Employment Lawyers, their associate attorneys, and any other attorneys with whom they may associate ("the Attorneys") to prosecute my wage claims.

In the event the case is certified and then decertified, I authorize USA Employment Lawyers to use this Consent Form to re-file my claims in a separate or related action against my employer.

_____         01/08/2025
Rebekah Corley (Jan 8, 2025 14:33 CST)         _____
Signature                                       Date