UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CASE NO: 2:24-cv-00245

HEATHER MARIE GONZALEZ, on behalf of
herself and all others similarly situated,

    Plaintiff(s),

    v.

CHAPARRAL STREET LANDING, INC.,
d/b/a RAILROAD SEAFOOD & BREWERY

    Defendant.
_____/

## NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION

Please take notice that Opt-In Plaintiff, AMBER CLAWSON, files the following Notice of Filing Consent to Join Collective Action. Ms. Clawson's Consent to Join Collective Action is attached hereto as Exhibit "A."

**Dated: February 14, 2025.**

    Respectfully Submitted,

    **USA EMPLOYMENT LAWYERS-
    JORDAN RICHARDS, PLLC**
    1800 SE 10th Ave, Suite 205
    Fort Lauderdale, Florida 33316
    Ph: (954) 871-0050
    *Counsel for Plaintiff*

    By: */s/ Michael V. Miller*
    MICHAEL V. MILLER, ESQUIRE
    SDTX Bar No.: 3887485

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on February 14, 2025.

> By: */s/ Michael V. Miller*
> MICHAEL V. MILLER, ESQUIRE
> SDTX Bar No.: 3887485

## SERVICE LIST

**Drennan Langdon & Fidel, LLP**
Attn: Joe Drennan, Esq.
1001 Main St., Ste 706
Lubbock, Texas 79401
Ph: (806) 853-8338
E-mail: joe@DLFlawfirm.com
*Counsel for Defendant*